UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EBIN NEW YORK, INC.,

        Plaintiff,                                   JUDGMENT
                                                       19-CV-1017(PKC)(TAM)

    V.

SIC ENTERPRISE, INC.; JOHN DOES 1-10
(said names being fictitious); and JOHN ROE
CORPS. (said names being fictitious),
                 Defendant.
------------------------------------------------------------ X

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 20, 2023, dismissing Plaintiff's federal Lanham Act claim of trade dress infringement with prejudice; and, dismissing its related state-law claims without prejudice to be re-filed in state court; and, denying Plaintiff's cross-motion on Defendant's affirmative defenses as moot: it is

        ORDERED and ADJUDGED that the Plaintiff's federal Lanham Act claim of trade dress infringement is dismissed with prejudice; Plaintiff's related state-law claims is dismissed without prejudice to be re-filed in state court; and that Plaintiff's cross-motion on Defendant's affirmative defenses is denied as moot.

Dated: Brooklyn, NY                                               Brenna B. Mahoney
       September 20, 2023                                     Clerk of Court

                                                                        By: */s/Erin Espinal*
                                                                           Deputy Clerk