SHEPPARD MULLIN RICHTER & HAMPTON LLP
Theodore C. Max
tmax@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Jill M. Pietrini (admitted *pro hac vice*)
Paul A. Bost (admitted *pro hac vice*)
jpietrini@sheppardmullin.com
pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorneys for Defendant SIC Enterprise, Inc.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBIN NEW YORK, INC.,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>SIC ENTERPRISE, INC.; JOHN DOES 1-10 (said names being fictitious); and JOHN ROE CORPS. 1-10 (said names being fictitious),,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-01017-PKC-TM |

## DEFENDANT SIC ENTERPRISE, INC.'S NOTICE OF MOTION
## AND MOTION FOR ATTORNEYS' FEES

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant SIC Enterprise, Inc. ("Defendant") hereby moves this Court for an order awarding Defendant $1,146,814.17 in attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a).

|                              | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|------------------------------|---------------------------------------|
| Dated:  October 4, 2023      | */s/ Paul A. Bost*<br>Theodore C. Max<br>Jill M. Pietrini (admitted *pro hac vice*)<br>Paul A. Bost (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York  10112<br>Tel.: (212) 653-8700<br>Fax: (212) 653-8701<br><br>*Attorneys for Defendant SIC Enterprise, Inc.* |

SMRH:4858-8334-6819.1