# EXHIBIT D

```
 1       UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK
 2       Case No. 1:19-cv-01017-PKC-PK
         ----------------------------X
 3       EBIN NEW YORK, INC.,
 4                        Plaintiff,
 5            - against -
 6       SIC ENTERPRISE, INC.; TOM TRADING,
         LLC; PNM TRADING, LLC; CLEO
 7       BEAUTY; J WORLD TRADING; ESHEL
         INTERNATIONAL, INC. d/b/a ZIVAH;
 8       JOHN DOES 1-10 (said names being
         fictitious); and JOHN ROE CORPS.
 9       1-10 (said names being fictitious),
10                       Defendants.
         ----------------------------X
11
12
13
14         VIDEOTAPED 30(b)(6) DEPOSITION VIA ZOOM OF
15                      JOON S. PARK
16                    October 6, 2021
17
18
19
20
21
22
23       Reported by:
24       SARA FREUND, CSR
25

                                                Page 1
```

```
 1                      J. S. PARK
 2      Edge Booster.  Edge Booster is copying us, so
 3      it's competing with the product.  And like
 4      Edge Booster, SIC is copying every single of
 5      my products, and we look out for it.  That's
 6      what it is.
 7              Q.   I know that you believe that Edge
 8      Booster is a competing product, right?
 9              A.   Yes.   They copy us, yes.
10              Q.   What other products out in the
11      marketplace compete with Ebin's Edge Tamer
12      products?
13              A.   I guess Edge Boss and Edge Effect.
14              Q.   What was the first one, Mr. Park?
15              A.   Edge Boss, B-O-S-S.
16              Q.   Oh, Edge Boss.
17              A.   And Edge Effect and Edge Booster.
18              Q.   Are there any other products that
19      Ebin believes compete with its Edge Tamer
20      products other than Edge Effect, Edge Boss
21      and Edge Booster?
22              A.   Well, I mean, you know, no, I don't
23      think so.  That looks same, so that's one,
24      yes.
25              Q.   You said the other hair care product
```

Page 85

```
 1                  C E R T I F I C A T E
 2
 3
 4
 5
 6         I, SARA FREUND, CSR, a Notary Public
 7     within and for the State of New York, do
 8     hereby certify:
 9         THAT JOON S. PARK, the witness whose
10     deposition is hereinbefore set forth, was
11     duly sworn by me and that such deposition is
12     a true record of the testimony given by such
13     witness.
14         I further certify that I am not related
15     to any of the parties to this action by blood
16     or marriage; and that I am in no way
17     interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto set
19     my hand on this 22nd day of October, 2021.
20
21
                               [signature]
22                    SARA FREUND, CSR
23
24
25
```

Veritext Legal Solutions
866 299-5127