# EXHIBIT E

```
 1                         J. PARK
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   Case No.:  1:19-cv-01017-PKC-PK
 5   ------------------------------------------------------x
 6   EBIN NEW YORK, INC.,
 7                                   Plaintiff,
 8              -against-
 9   SIC ENTERPRISE, INC.; CLEO BEAUTY; JOHN DOES 1-10
10   (said names being fictitious); and JOHN ROE CORPS.
11   1-10 (said names being fictitious),
12                                   Defendants.
     ------------------------------------------------------x
13   30 Rockefeller Plaza
14   New York, New York
15   November 18, 2021
16       9:30 a.m.
17
18            EXAMINATION BEFORE TRIAL OF JOON S. PARK,
19   in an individual capacity, appearing at the
20   above-mentioned time and place before ANNMARIE
21   OAKLEY, a Notary Public of the State of New York.
22
23
24
25
                                                    Page 1
```

```
 1                    J. PARK
 2   products targeted for African American women are
 3   located, right?
 4        A    Yes.
 5        Q    And what -- in terms of the amount of
 6   product for African American woman versus everybody
 7   else what's the size difference of the products?  I
 8   mean, number of the products is what I'm referring
 9   to.
10        A    I think it's upside down that it's
11   probably, like, 10 to 15 percent, 10%, and 90% for
12   just general customer, just for everybody, yes, in
13   like a merchant account, like national chain
14   account.
15        Q    I want to make sure we get this, so about
16   10% in a national chain store, mass merchant,
17   haircare products are directed towards African
18   American women and the other 90% is for everybody
19   else?
20        A    Yes.
21        Q    Other than 24 Hour Edge Tamer, the 2.7
22   product, Edge Booster, Edge Effect and Edge Boss,
23   are you aware of any other products in the haircare
24   industry that use a double layer container?  And I'm
25   not limiting it to products directed to African
```

Page 55

```
1                     J. PARK
2    American women?
3              MR. MEOLA:  I'm going to object.  It
4    assumes facts not in evidence and it's vague.
5         A    Can you translate.
6              (The translator interpreted
7              the question.)
8         A    Yes, there's the Edge Fixer.
9         Q    Who makes Edge Fixer?
10        A    By Kiss, K-i-s-s product.
11        Q    Any others that you can think of?
12        A    I don't know.
13        Q    When did you first learn of Edge Fixer?
14        A    I think they launched in 2020.
15        Q    Have you ever seen an Edge Fixer product?
16        A    Yes.
17        Q    Is the double layer container the same or
18   similar to the double layer container that EBIN
19   uses?
20        A    Yes.
21        Q    Does it differ in any respect?
22        A    Is it there any difference?
23        Q    Yeah.  Are there any differences between
24   the Edge fixer product container and the 2.7 ounce
25   EBIN container?
```

Page 56

```
 1                          J. PARK
 2        A    No.
 3        Q    Has EBIN sent Kiss a cease and desist
 4   letter to tell them not to use the double layer
 5   container?
 6        A    No.
 7        Q    Why not?
 8        A    I will finish with SIC case first.
 9        Q    Do you believe that the Edge fixer product
10   violates EBIN's rights in the 2.7 ounce container?
11             MR. MEOLA:  Objection.  Calls for a legal
12   conclusion.
13        A    Yes.
14             MR. MEOLA:  You can answer.
15        A    Yes.
16        Q    Do you believe that customers -- remember
17   we defined customers as people that actually buy it,
18   the end consumer, do you believe that customers can
19   tell the difference between EBIN's 2.7 ounce product
20   and the Edge Fixer product by Kiss?
21             MR. MEOLA:  Objection.  Calls for
22   speculation.
23        A    Can you translate, please.
24             (The translator interpreted
25             the question.)
```

Page 57

```
1                     J. PARK
2        Q    Why is that?
3        A    This product is not sold to the retailers
4   for African American females.
5        Q    How do you know that?
6        A    I never seen it.
7        Q    Any other reason?
8        A    No.
9        Q    If you could take a look at page 47,
10  number 429.
11       A    Yes.
12       Q    And there's a product depicted, Edge Fixer
13  Glued.  Do you see that?
14       A    Yes.
15       Q    Would you agree that this product is using
16  a double layer container?
17       A    Yes.
18       Q    And would you agree this is a haircare
19  product?
20       A    Yes.
21       Q    Would you agree that this product is used
22  or targeted to African American women?
23       A    Yes.
24       Q    Is it considered an Edge Control type
25  product?
```

Page 85

```
 1                      J. PARK
 2        A    Yes.
 3        Q    Do you believe that the container for the
 4   Edge Fixer product is too close to the container for
 5   the 2.7 ounce product?
 6             MR. MEOLA:  Objection.  Vague.
 7        A    Yes.
 8        Q    Is this the Kiss product, a picture of the
 9   Kiss product, the Edge Fixer product?
10        A    Yes.
11        Q    Take a look at page 49 and 49 depicts a
12   purple version of the True Edge controller product,
13   would you agree with that?
14        A    Yes.
15             MS. PIETRINI:  I'm going to mark as 58 a
16   product entitled JE Joyous Essentials edge control
17   product.
18             (JE Joyous product was
19             introduced as Exhibit 58.)
20             THE WITNESS:  Is this the last question.
21             MS. PIETRINI:  I have a couple more.
22             MR. MEOLA:  Log an objection.  It has not
23   been previously disclosed.
24        Q    What we have shown you in Exhibit 58 would
25   you agree that product is in a double layer
```

Page 86

```
 1                         J. PARK
 2       A     Did EBIN what?
 3       Q     Was there anything that prevented EBIN
 4   from sending a cease and desist letter to SIC before
 5   2019?
 6       A     Translate, please.
 7             (Translator interpreted the
 8             question and answer.)
 9       A     Could you ask the question again.  I'm
10   confused.
11       Q     Okay.  Maybe I will ask it a different
12   way.  That might help.  Could EBIN afford to pay a
13   lawyer to send a cease and desist letter before
14   February 2019?
15       A     Yes.
16       Q     Was EBIN's business doing well in terms of
17   sales before February 2018?
18       A     Yes.
19       Q     And I forget what you said, what year did
20   you first have in-house counsel at EBIN?
21       A     2020.
22       Q     Is it in your opinion is it easier to
23   change packaging for a product shortly after the
24   product is released to the market versus if it's
25   been on the market for a while?
```

Page 98

```
 1                        J. PARK
 2   products stopped being sold as of 2016?
 3        A    That is correct.
 4        Q    And then what about the product up top, by
 5   itself, is that one of the products that was also
 6   stopped in 2016?
 7        A    No.  It's a new packages.
 8        Q    So the 24 Hour Edge Tamer depicted by
 9   itself was still being sold as of February 2019,
10   right?
11        A    Yes, until now.  Yes.
12        Q    And the products shown below, the gray,
13   orange and yellow those had stopped being sold as of
14   2016?
15        A    Yes.
16        Q    And when you state in the -- or not you.
17   When your attorney states in the second paragraph
18   "EBIN has recently become aware of hair products,
19   gels and pomades owned and sold by SIC under the
20   trademark Edge Booster."  Isn't it true that EBIN
21   had known about the Edge Booster products for two
22   and a half years before it sent this letter?
23        A    Yes.
24        Q    And then looking at page three, the letter
25   says at the top of the paragraph and the second line
```

Page 102

```
 1                          J. PARK
 2   we're back on the record.
 3              (Fran replaced Ms. Joseph as
 4              the interpreter.)
 5       Q    Before we broke for lunch I asked you why
 6   did EBIN wait two and a half years before sending a
 7   cease and desist letter to SIC and you mentioned
 8   something that you learned about Edge Effect and
 9   Edge Boss and that SIC had sued them that prompted
10   you to send the cease and desist letter.  Had SIC
11   not sued Edge Effect or Edge Boss would you still
12   have sent the cease and desist letter?
13              INTERPRETER:  Interpreter having a hard
14   time hearing.
15              MR. MEOLA:  Fran, Mr. Park is going to
16   answer in English when he can and ask you to
17   translate when he needs.  Do you understand the
18   question?
19              THE WITNESS:  Yes, I do.
20       A    I mean, ask it again.  Sorry.
21       Q    It's okay.  If SIC had not sued Edge
22   Effect or Edge Boss would EBIN still have sent the
23   cease and desist letter?
24       A    Yes.
25       Q    I'm going show you what's been previously
```

Page 111

```
 1                      J. PARK
 2    marked as Exhibit six and can you tell me if if you
 3    recognize this document.
 4         A    Yes.
 5         Q    And what was the purpose of Exhibit 6?
 6    Let me back up.  What is Exhibit 6?
 7         A    Well, letting our retailers know that EBIN
 8    has, we have sued SIC for infringing EBIN's
 9    privilege, right of privilege.
10         Q    Why did EBIN want to let the retailers
11    know that it had sued SIC based on the Edge Booster
12    products?
13         A    Because there's a rumors that SIC sued
14    Edge Boss and Edge Effect and all other companies,
15    that is, that has similar types of product.  So we
16    let retailers know that EBIN has a right of 2.7
17    ounces and, again, so we informed that retailers
18    about the lawsuit so they understand, you know, it's
19    not a rumor it's actually what's going on.
20         Q    Who wrote this notice?
21         A    It's been prepared by legal counsel from
22    KCL.
23         Q    KCL is an outside law firm?
24         A    Yes.
25         Q    That's the law firm that Joshua Lim
```

Page 112

```
 1                      J. PARK
 2   (phonetic) works at?
 3        A    Yes.
 4        Q    And I, of course, am looking at the
 5   English version of the letter, on 20898 page, when
 6   it states EBIN New York legal and counseling
 7   department the company is referring to it's outside
 8   counsel?
 9        A    Yes.
10        Q    Because as of February 2019 EBIN did not
11   have in-house lawyers?
12        A    Yes.
13        Q    Was this notice sent to all retail
14   accounts of EBIN?
15        A    All retail accounts that EBIN has a
16   business with.
17        Q    It was sent to all retail accounts that
18   EBIN had business with whether they were selling the
19   Edge Booster products in addition to EBIN products?
20        A    We are not knowing that they carry Edge
21   Booster or not but we are sending our EBIN's
22   retailers not knowing they carry Edge Booster
23   product or not.
24        Q    How was it this notice delivered to all of
25   EBIN's retailers?
```

Page 113

```
 1                    J. PARK
 2        A    These are mailed it out or when EBIN sales
 3   people visit the store in their territory they print
 4   this out and handout to the manager or owners of the
 5   retailers.
 6        Q    Is it your understanding that all of
 7   EBIN's retailers got a copy of this notice, Exhibit
 8   6, either by mailing or someone gave them a copy?
 9        A    Yes.
10        Q    And at that time in 2019, February 2019,
11   how many retail accounts did EBIN have
12   approximately?
13        A    About 3,000 doors.
14        Q    A door in what you're to as a door is an
15   account?
16        A    Yes.
17        Q    Did you or anyone else at EBIN track --
18   let me back up.  You said you sent to all of the
19   3,000 accounts, did any retailers respond to this
20   notice?
21        A    What do you mean by "respond"?
22        Q    Write to EBIN or call anyone at EBIN and
23   say what's the deal with this notice.
24        A    No.
25        Q    Did you personally deliver any of these
```

Page 114

```
 1                         J. PARK
 2                    C E R T I F I C A T E
 3
 4          I, ANNMARIE OAKLEY, a Shorthand Reporter
 5   and Notary Public within and for the State of
 6   New York, do hereby certify:
 7          THAT JOON S. PARK, the witness whose
 8   deposition is herein before set forth, was duly
 9   sworn by me, and that such deposition is a true
10   record of the testimony given by such witness.
11          I further certify that I am not related to
12   any of the parties to this action by blood or by
13   marriage and that I am in no way interested in the
14   outcome of this matter.
15   IN WITNESS THEREOF, I have hereunto set my hand this
16   18th day of November, 2021.
17
18
19
20              [signature: Annmarie Oakley]
21              ANNMARIE OAKLEY
22
23
24
25
```