**CLARK HILL PLC**
Robert N. Feltoon
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
rfeltoon@clarkhill.com
Tel: 1 215.640.8500
*Attorneys for Plaintiff EBIN of New York, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EBIN NEW YORK, INC. *Plaintiff,* -against- SIC ENTERPRISE, INC.; JOHN DOES 1-10 (said names being fictitious); and JOHN ROE CORPS. 1-10 (said names being fictitious), *Defendant.* | Case No. 1:19-cv-01017-PKC-PK **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff, EBIN New York, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment and Memorandum & Order entered by the district court granting summary judgment to Defendant, dismissing Plaintiff's federal Lanham Act claim of trade dress infringement with prejudice, dismissing Plaintiff's related state-law claims without prejudice to be refiled in state court, and denying Plaintiff's cross-motion

for summary judgment on Defendant's affirmative defenses as moot, entered in this action on September 20, 2023.

Dated: October 18, 2023 CLARK HILL PLC

*s/Robert N. Feltoon*
Robert N. Feltoon
Attorneys for Plaintiff EBIN New York, Inc.
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
rfeltoon@clarkhill.com
Tel: 1 215.640.8500