# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
310.228.3700 main
310.228.3701 fax
www.sheppardmullin.com

Paul A. Bost
310.228.2249 direct
pbost@sheppardmullin.com
File Number: 64KA-294587

November 16, 2023

**By Email (rfeltoon@ClarkHill.com) and ECF**
Robert N. Feltoon, Esq.
CLARK HILL
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

Re: *EBIN New York, Inc. v. SIC Enterprise, Inc.*, **Case No. 1:19-cv-01017-PKC-TAM**

Dear Bob:

    This firm represents Defendant SIC Enterprise, Inc. ("Defendant") in the above-referenced action. Concurrent with this letter, Defendant is serving the following on your office as counsel for Plaintiff EBIN New York, Inc. ("Plaintiff"):

1. Defendant's Opposition to Plaintiff's Motion to Defer Defendant's Motion for Attorneys' Fees Pending Plaintiff's Appeal

2. Declaration of Paul Bost in Support of Defendant's Opposition to Plaintiff's Motion to Defer Defendant's Motion for Attorneys' Fees Pending Plaintiff's Appeal

Very truly yours,
/s/Paul A. Bost
Paul A. Bost

SMRH:4866-2324-1873.1