

| | |
|---|---|
| Robert N. Feltoon<br>T (215) 864-8064<br>Email:rfeltoon@ClarkHill.com | Clark Hill<br>Two Commerce Square<br>2001 Market Street, Suite 2620<br>Philadelphia, PA 19103<br>T (215) 640-8500<br>F (215) 640-8501 |

November 21, 2023

U.S. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   **EBIN New York, Inc. v. SIC Enterprise, Inc.,**
             **Case No. 1:19-cv-01017-PKC-TM**

Dear Judge Merkl:

      I am counsel for Plaintiff. Per your Honor's Order entered on November 13, 2023, the parties have filed their briefs and other papers (ECF 168-170) concerning Plaintiff's request to defer Defendant's pending motion for attorneys' fees (ECF 159). The parties prepared those papers on an expedited schedule in view of the current due date of December 4 for Plaintiff's response to SIC's fee motion.

      If Your Honor believes oral argument on EBIN's request to defer would aid the Court, we would be pleased to appear and present argument and answer any questions.

                                                                 Respectfully,

                                                              */s/ Robert N. Feltoon*

                                                              Robert N. Feltoon

RNF:sa