UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of January, two thousand twenty-four,

| | |
|---|---|
| EBIN New York, Inc., | **ORDER** <br> Docket No. 23-7444 |
|     Plaintiff - Counter-Defendant - Appellant, | |
| v. | |
| SIC Enterprise, Inc., | |
|     Defendant - Counter-Claimant - Appellee, | |
| John Does 1-10, (said names being fictitious), John Roe Corps. 1?10, (said names being fictitious), Tom Trading, LLC, PNM Trading, LLC, CLEO Beauty, J World Trading, Eshel International, Inc., DBA Zivah, | |
|     Defendants. | |

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/25/2024