UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBIN NEW YORK, INC.,<br><br>        Plaintiff,<br><br> - against -<br><br>SIC ENTERPRISE, INC.,<br><br>        Defendant. | Case No. 1:19-cv-01017-PKC-TM<br><br>**STIPULATION OF PARTIES TO WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND CONTINUING JURISDICTION OVER SETTLEMENT AGREEMENT** |

Plaintiff EBIN New York, Inc., by and through its undersigned attorneys, and Defendant SIC Enterprise, Inc. ("SIC"), by and through its undersigned attorneys, hereby stipulate to the withdrawal with prejudice of SIC's pending motion for attorneys' fees. Dkt. 159. The parties further stipulate that this Court retains jurisdiction to enforce the Judgements entered by this Court on July 21, 2022 (Dkt. 108) and September 20, 2023 (Dkt. 157) and the settlement agreement entered between the parties.

Respectfully submitted this 14th day of February, 2024.

| CLARK HILL | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| By:/s/ Robert N. Feltoon<br> Robert N. Feltoon<br> Two Commerce Square<br> 2001 Market Street, Suite 2620<br> Philadelphia, PA 19103<br> rfeltoon@clarkhill.com<br><br>*Attorneys for Plaintiff EBIN New York, Inc.* | By:/s/ Paul A. Bost<br> Jill M. Pietrini<br> JPietrini@SheppardMullin.com<br> Paul A. Bost<br> PBost@SheppardMullin.com<br> 1901 Avenue of the Starts, Suite 1600<br> Los Angeles, CA 90067<br> Telephone: 310-228-3700<br><br> Theodore C. Max<br> 30 Rockefeller Plaza<br> New York, NY 10012<br> Telephone: 212-653-8700<br> TMax@SheppardMullin.com<br><br>*Attorneys for Defendant SIC Enterprise, Inc.* |